

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SHERTHAL, LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:20-cv-10065-SB-PDx**<br>Hon. Stanley Blumenfeld<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

ORDER

1 | Based on the stipulation of the parties and for good cause shown:
2 | IT IS HEREBY ORDERED that the entire action be dismissed with prejudice,
3 | all parties to bear their own fees and costs.

SO ORDERED.

DATED: May 3, 2021        _____
                          United States District Court Judge